Chester BOWLES, Administrator, Office of Price Administration, Appellee, v. Harry ROTHMAN, Appellant.

No. 171.

Circuit Court of Appeals, Second Circuit.

Dec. 21, 1944.

Nathan B. Fogelson, of New York City, and Cohen & Wedeen, for appellant.

A. M. Dreyer, of Brooklyn, for appellée.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Cudmore v. Bowles, App.D.C., 145 F.2d 697.

Joseph E. MOSES, Appellant, v. James A. JOHNSTON, Warden, United State Penitentiary, Alcatraz, California, Appellee.

No. 10820.

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1944.

Joseph E. Moses, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Robert B. McMillan, and Joseph Karesh, Assts. U. S. Attys., all of San Francisco, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The order appealed from is affirmed. The evidence before the district court amply supports its findings.

Clark SQUIRE, Collector of Internal Revenue for the District of Washington, Appellant, v. Theo H. ZIMMERMAN and Lois Zimmerman, Husband and Wife, Appellee.

Theo H. ZIMMERMAN and Lois Zimmerman, Husband and Wife, v. Clark SQUIRE, Collector of Internal Revenue for the District of Washington, Appellee.

No. 10926.

Circuit Court of Appeals, Ninth Circuit.

Nov. 21, 1944.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., Harry Sager, Asst. U. S. Atty., of Tacoma, Wash., and Thomas R. Winter, Sp. Asst. to Chief Counsel, Bureau of Internal Revenue, of Seattle, Wash., for appellant Squire.

S. A. Gagliardi and Burns Poe, both of Tacoma, Wash., for appellants Zimmerman.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appellant of Clark Squire, Collector of Internal Revenue, and appeal of Theo H. Zimmerman and Lois Zimmerman, husband and wife, in this cause be dismissed, without costs to any party, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.